
**EXHIBIT 1**
REDACTED PUBLIC VERSION

**REPRINT**



**MPI TECHNOLOGIES**
37 East Street • Winchester, MA
Phone (888) 674-8088 • Fax (781) 729-9093

| INVOICE # | 39717 |
|---|---|
| INVOICE DATE | 07/07/09 |
| YOUR PO# | 18992 |
| TOTAL DUE | ■ |

BILL TO
GENERAL FORMULATIONS, INC.
309 S UNION STREET
PO BOX 158
SPARTA, MI 49345

MAKE CHECKS PAYABLE & REMIT TO
MPI TECHNOLOGIES
37 EAST STREET
WINCHESTER, MA 01890

| DESCRIPTION | SHIP QTY | NET WT | BILLING QTY | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| GEN. FORMULATIONS | ■ | ■ | MSF | MSF ■ | MSF ■ |
| C1S SILICONE PART ■ | | | | | |
| PO NUMBER: 18992 | | | | | |
| TOTAL | | | ■ | | |

SHIPPING INFORMATION
SHIP VIA    R & L
SHIP TERMS PLANT-COLLECT
BOL         958

INFORMATION FOR MPI TECHNOLOGIES
CUST ID    WGENFORM
OUR ORD #  26101
ORD DATE
SLSMN      CW

| SUB TOTAL | ■ |
|---|---|
| FREIGHT | ■ |
| TOTAL | ■ |

SHIP TO
GENERAL FORMULATION, INC.
320 S. UNION STREET
SPARTA, MI 49345

TERMS   Net 30 Days

ORIGINAL                                                                 Inv150.frm

ATTORNEYS' EYES ONLY                                                      MPI_00000341



| Document #: BBP-731 | Revision: 2 | | Effective Date: 1-19-07 |

### Identification

| Sample Request Number: | SRF-09-0084 | Originator: | Woods, Carey | Date: | 4/28/2009 |

### Customer Information

| Customer: | General Formulations | Contact: | Andy Pupel |
| Address: | 309 S. Union<br>Sparta, MI 49345 | Phone: | (616) 887-7387 |
| | | Fax: | (616) 887-0537 |
| | | E-mail: | |

### Sales Entry Information

| PO Number: | 18992 | | Date Required: | 4/28/2009 |
| Amount Requested: | ████████████████ | | | |

### Production Information

**Product Description:** ████████████████

**Project Number:** P08-036                                      ○ First Article?

**General Comments:** The customer had success with the last order and is looking to scale this product up.

Delivery expected 6-24-09.

**Substrate(s):** ████████████████

|  | C/1/S Conditions | C/2/S Conditions |
|---|---|---|
| Coating: | ████ | |
| Production Line: | ████ | |
| Coating Method: | ████ | |
| Gravure: | ████ | |
| Cure Type: | ████ | |
| Dose Level: | ████ | |
| Speed: | ████ | |
| Side to Coat: | ████ | |
| Primary Treater: | | |

Form 2

ATTORNEYS' EYES ONLY                                                MPI_00000342

**REPRINT**



**TECHNOLOGIES**
37 East Street • Winchester, MA
Phone (888) 674-8088 • Fax (781) 729-9093

BILLTO
GENERAL FORMULATIONS, INC.
309 S UNION STREET
PO BOX 158
SPARTA, MI 49345

| INVOICE # | 38930 |
|---|---|
| INVOICE DATE | 03/23/09 |
| YOUR PO# | 18753 |
| TOTAL DUE | |

MAKE CHECKS PAYABLE & REMIT TO
MPI TECHNOLOGIES
37 EAST STREET
WINCHESTER, MA 01890

| DESCRIPTION | SHIP QTY | NET WT | BILLING QTY | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| GEN. FORMULATIONS 55" X 92# PCK | | | | | |
| CLS SILICONE PART#2-143-55 | | MSF | | MSF | MSF |
| PO NUMBER: 18753 | | | | | |
| TOTAL | | | | | |

SHIPPING INFORMATION
SHIP VIA    R & L
SHIP TERMS PLANT-COLLECT
BOL         846

INFORMATION FOR MPI TECHNOLOGIES
CUST ID    WGENFORM
OUR ORD #  25596
ORD DATE
SLSMN      CW

SUB TOTAL
FREIGHT

SHIP TO
GENERAL FORMULATION, INC.
320 S. UNION STREET
SPARTA, MI 49345

TERMS   Net 30 Days

TOTAL

ORIGINAL

Inv150.frm

**ATTORNEYS' EYES ONLY**                                                          MPI_00000343



**MPI TECHNOLOGIES**

| Document #: BBP-731 | Revision: 2 | Effective Date: 1-19-07 |

### Identification

Sample Request Number: SRF-09-0039   Originator: Woods, Carey   Date: 3/2/2009

### Customer Information

Customer: General Formulations
Address: 309 S. Union, Sparta, MI 49345
Contact: Andy Pupel
Phone: (616) 887-7387
Fax: (616) 887-0537
E-mail:

### Sales Entry Information

PO Number: 18753   Date Required: 3/13/2009
Amount Requested: ███

### Production Information

Product Description: ███
Project Number: P08-036       ● First Article?
General Comments: The customer has approved an initial trial of this material, and has placed a PO for a scale up.
Substrate(s): ███

|  | C/1/S Conditions | C/2/S Conditions |
|---|---|---|
| Coating: | ███ |  |
| Production Line: | ███ |  |
| Coating Method: | ███ |  |
| Gravure: | ███ |  |
| Cure Type: | ███ |  |
| Dose Level: | ███ |  |
| Speed: | ███ |  |
| Side to Coat: | ███ |  |
| Primary Treater: |  |  |

Form 2

ATTORNEYS' EYES ONLY                                    MPI_00000344