# EXHIBIT 3

# Radiant Energy Systems

175 North Ethel Ave
Hawthorne, NJ-07506
973-423-5220-T
973-423-5228-F

24692

# Invoice

| Date | Invoice # |
|---|---|
| 3/13/2009 | 2706 |

| Bill To | Ship To |
|---|---|
| MPI Technologies<br>37 East Street<br>Winchester, MA 01890 | Not Applicable |

| P.O. No. | Terms | Due Date | Rep | Ship Via | FOB | Job # | Ship Date | Prepared By |
|---|---|---|---|---|---|---|---|---|
| 8966 | Net 30 Days | 4/12/2009 | RL | UPS grou... | Hawthorne, NJ | 6783 | N/A | Kathy |

| Description | Qty | Rate | Prior Amt | Amount |
|---|---|---|---|---|
| Time, Materials & Report Preparation for Engineering Visit by Rick Luedtke to evaluate existing dryer at Greenfield, IN location. (May 5, 2009) | 1 | 1,760.00 | | 1,760.00 |
| Air Fare | 1 | 1,051.20 | | 1,051.20 |
| Mileage/Tolls/Parking at Newark Int'l Airport | 1 | 60.00 | | 60.00 |
| Rental Car/Indianapolis | 1 | 78.27 | | 78.27 |
| Meals | 1 | 20.00 | | 20.00 |

| | |
|---|---|
| Total | $2,969.47 |
| Payments/Credits | $0.00 |
| Balance Due | $2,969.47 |

ATTORNEYS' EYES ONLY                    MPI_00000010