UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LOPAREX, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-1411-JMS-TAB |
| | ) | |
| MPI RELEASE, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS TO SEAL

Before the Court are two motions to file under seal.  Regarding Plaintiff's motion to seal

Docket Nos. 172 and 173 [Docket No. 174], there appears to be no basis for wholesale sealing of

these briefs.  Plaintiff's motion is therefore denied.  Any party interested in sealing limited

portions of these filings shall have fourteen days in which to provide supplemental briefing

explaining in specific detail what good cause purportedly exists for doing so.

Regarding the Defendants' motion to seal certain exhibits and their reply brief in support

of their motion for sanctions [Docket No. 168], the motion is granted to the extent that Exhibit

A, which clearly contains proprietary information, [Docket No. 163] shall remain under seal.

Based upon the briefing, however, good cause has not been established to keep Exhibits V, W,

and J [Docket Nos. 163, 165] or the reply brief [Docket No. 166] under seal.  In fact, the MPI

Defendants assert that they "do not agree that the information contained in these documents is

confidential."  [Docket No. 168 at 3.]  Therefore, any party interested in sealing Exhibits V, W,

or J or the reply brief shall have fourteen days to establish good cause why they should be sealed

or which specific portions should be redacted.

Dated:  07/20/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Lisa A. Baiocchi
JACKSON LEWIS LLP
lisa.baiocchi@jacksonlewis.com

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Charles W. Pautsch
JACKSON LEWIS LLP
charles.pautsch@jacksonlewis.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com

Lynn C. Tyler
BARNES & THORNBURG
lynn.tyler@btlaw.com

Richard P. Winegardner
BARNES & THORNBURG LLP
rwinegar@btlaw.com