# EXHIBIT A

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice    1487538

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS
37 EAST STREET
WINCHESTER, MA  01890-1155

May 15, 2012
Peter A. Morse
00050969-000001

PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 891.00 |
| Other Charges | $ | 0.00 |
| **TOTAL THIS INVOICE** | **$** | **891.00** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706  SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice     1487538

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS                                   May 15, 2012
37 EAST STREET                                        Peter A. Morse
WINCHESTER, MA  01890-1155

PAYABLE UPON RECEIPT

**00050969-000001**
**LR - S/B LOPAREX**

    For legal services rendered in connection with the above matter
for the period ending March 31, 2012 as described on the attached detail.

Fees for Services                                    $          891.00

**TOTAL THIS INVOICE**                               **$          891.00**

LR - S/B LOPAREX

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/21/12 | Lynn C. Tyler | Received and reviewed Supreme Court decision; sent email to clients regarding same. | 0.60 | 297.00 |
| 03/22/12 | Lynn C. Tyler | Had telephone conference with Messrs. Alois, Hart and Wilheim regarding Supreme Court decisions, status, options and strategy. | 0.30 | 148.50 |
| 03/23/12 | Lynn C. Tyler | Gave attention to value of attorneys' fees for trade secrets claim; considered strategy regarding motion to recover same. | 0.40 | 198.00 |
| 03/28/12 | Lynn C. Tyler | Had telephone conference with Mr. Alois regarding status and strategy. | 0.20 | 99.00 |
| 03/30/12 | Lynn C. Tyler | Sent email to client regarding call from Magistrate's office; had telephone conference with Magistrate's chambers regarding status. | 0.30 | 148.50 |

Fees for Services Total                    $         891.00

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice    1487538

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS                    May 15, 2012
37 EAST STREET                          Peter A. Morse
WINCHESTER, MA  01890-1155              00050969-000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 891.00 |
| Other Charges | $ | 0.00 |
| **TOTAL THIS INVOICE** | **$** | **891.00** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com  Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706  SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice    1499971

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS                           June 29, 2012
37 EAST STREET                                Peter A. Morse
WINCHESTER, MA  01890-1155                    00050969-000001

---

PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 30,821.00 |
| Other Charges | $ | 76.66 |
| **TOTAL THIS INVOICE** | **$** | **30,897.66** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706  SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice     1499971

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS                                    June 29, 2012
37 EAST STREET                                         Peter A. Morse
WINCHESTER, MA  01890-1155

PAYABLE UPON RECEIPT

**00050969-000001**
**LR - S/B LOPAREX**

     For legal services rendered in connection with the above matter
for the period ending May 31, 2012 as described on the attached detail.

| | | | |
|---|---|---|---|
| Fees for Services | | $ | 30,821.00 |

Other Charges

| | | | |
|---|---|---|---|
| Messenger Courier Service | 20.00 | | |
| Copying Charges | 3.30 | | |
| Tech Services CD Charges | 30.00 | | |
| Recording Fees - Indiana Supreme Court - Fee for CD of Video Recording of Oral Argument Case 94S00-1109-CQ-546 | 12.00 | | |
| Courier Service - Federal Express - Inv. #7-890-43050 - Robin K. Vinson, Esq. at Nexsen Pruet, PLLC | 11.36 | | |
| | | $ | 76.66 |

| | | | |
|---|---|---|---|
| **TOTAL THIS INVOICE** | | $ | **30,897.66** |

LR - S/B LOPAREX

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/02/12 | Donald E. Knebel | Talked briefly with Court about the status of the matter in light of the decision of the Supreme Court. | 0.30 | 180.00 |
| 04/02/12 | Lynn C. Tyler | Exchanged emails with Loparex's counsel regarding message from Magistrate Judge Baker's chambers; had telephone conference with Magistrate Judge Baker's chambers re status; received and reviewed order for status conference. | 0.40 | 198.00 |
| 04/02/12 | Jennifer L. Schuster | Communicated with Indiana Supreme Court clerk's office regarding obtaining transcript from Supreme Court oral argument; began reviewing video of oral argument and summarizing certain quotes. | 0.70 | 189.00 |
| 04/04/12 | Jennifer L. Schuster | Conducted research and reviewed cases and other materials related to attorneys' fees provision of the Uniform Trade Secrets Act. | 0.90 | 243.00 |
| 04/06/12 | Lynn C. Tyler | Gave attention to status of research. | 0.00 | 0.00 |
| 04/06/12 | Jennifer L. Schuster | Continued conducting research and reviewing cases and other materials related to attorneys' fees provision of the Uniform Trade Secrets Act; summarized same and sent summary to Lynn Tyler and Aaron Staser. | 1.90 | 513.00 |
| 04/07/12 | Jennifer L. Schuster | Continued reviewing cases and research regarding Uniform Trade Secrets Act claims and attorneys' fees provision; communicated with Lynn Tyler regarding same. | 0.20 | 54.00 |
| 04/09/12 | Lynn C. Tyler | Gave attention to status of research; began drafting brief in support of motion for attorneys' fees. | 3.20 | 1,584.00 |
| 04/09/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 04/10/12 | Donald E. Knebel | Participated in conference call with Court to discuss procedure for dealing with the resolution of the case in light of the Supreme Court's decision on the counterclaims. | 0.40 | 240.00 |

LR - S/B LOPAREX

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/12 | Lynn C. Tyler | Reviewed prior briefs and court orders regarding evidence of Loparex's bad faith and vexatious litigation; continued drafting brief in support of motion for attorneys' fees. | 5.30 | 2,623.50 |
| 04/10/12 | Aaron M. Staser | Prepared for and participated in call with Court regarding case status. | 0.50 | 160.00 |
| 04/12/12 | Lynn C. Tyler | Continued working on brief in support of motion for attorneys' fees; exchanged emails with J. Schuster and A. Staser regarding evidence of vexatiousness; reviewed exhibits in connection with same. | 2.30 | 1,138.50 |
| 04/12/12 | Jennifer L. Schuster | Began reviewing spreadsheets containing diary entries for MPI case; reviewed and identified communications from Loparex's counsel containing accusations of misconduct. | 0.60 | 162.00 |
| 04/12/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 04/16/12 | Lynn C. Tyler | Searched deposition transcripts regarding additional evidence of vexatiousness. | 1.40 | 693.00 |
| 04/17/12 | Lynn C. Tyler | Exchanged emails with Loparex counsel regarding stipulated judgment; gave attention to status of same. | 0.30 | 148.50 |
| 04/17/12 | Jennifer L. Schuster | Continued conducting research and reviewing materials related to award of attorneys' fees where claim for trade secret misappropriation was brought in bad faith under Uniform Trade Secret Act. | 0.70 | 189.00 |
| 04/20/12 | Lynn C. Tyler | Gave attention to reviewing diary to allocate attorneys' fees in connection with motion to recover same; reviewed several briefs and other filings in connection with same. | 3.10 | 1,534.50 |
| 04/20/12 | Aaron M. Staser | Drafted stipulation of entry of final judgment pursuant to Court Order. | 0.90 | 288.00 |
| 04/20/12 | Jennifer L. Schuster | Finalized and filed proposed entry of judgment and notice of filing; communicated with word processing | 0.20 | 54.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | department regarding spreadsheet with attorney time entries for case, to be used in preparation of fees motion. | | |
| 04/20/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 04/23/12 | Lynn C. Tyler | Received and reviewed court's final judgment; sent email regarding fee allocation issue. | 0.20 | 99.00 |
| 04/26/12 | Lynn C. Tyler | Continued reviewing past diaries to allocate fees to defense of trade secret claims and reviewed prior briefs in connection with same. | 1.40 | 693.00 |
| 04/27/12 | Lynn C. Tyler | Sent email to team regarding fee allocation issues. | 0.20 | 99.00 |
| 04/30/12 | Lynn C. Tyler | Reviewed summaries of additional research and exchanged emails with J. Schuster regarding same. | 0.40 | 198.00 |
| 04/30/12 | Aaron M. Staser | Assessed evidence in support of claim for attorneys fees. | 0.80 | 256.00 |
| 04/30/12 | Jennifer L. Schuster | Continued reviewing cases involving awards of attorneys' fees to defendants in Uniform Trade Secrets Act cases. | 0.90 | 243.00 |
| 05/01/12 | Lynn C. Tyler | Gave attention to fee allocation process; reviewed additional cases for brief; continued drafting brief in support of recovery of attorneys' fees; reviewed certain discovery litigation in connection with same. | 4.20 | 2,079.00 |
| 05/01/12 | Aaron M. Staser | Worked on motion for attorneys fees and supporting exhibits. | 2.30 | 736.00 |
| 05/01/12 | Jennifer L. Schuster | Work regarding strategy for motion for attorneys' fees for defense of Loparex's trade secret claims; drafted motion for attorneys' fees; reviewed spreadsheet of time entries related to trade secret claim defense. | 1.30 | 351.00 |
| 05/02/12 | Lynn C. Tyler | Continued revising fee allocation spreadsheet and brief in support of recovery of attorneys' fees. | 3.60 | 1,782.00 |
| 05/02/12 | Aaron M. Staser | Researched and revised brief in support | 3.20 | 1,024.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | of motion for attorneys' fees; compiled supporting documentation for bill of costs; conferred with Lynn Tyler regarding fees brief; prepared to file same. | | |
| 05/02/12 | Jennifer L. Schuster | Work regarding preparation of summary of attorneys' fees and costs for motion for fees for defense of Loparex's trade secret claims. | 2.10 | 567.00 |
| 05/03/12 | Lynn C. Tyler | Completed draft of brief in support of recovery of attorneys' fees; sent emails to B&T and MPI teams regarding same; continued drafting affidavit in support of recovery of attorneys' fees; received and reviewed motion and order to accompany brief; sent email to team regarding same; reviewed emails and information regarding bill of costs. | 3.70 | 1,831.50 |
| 05/03/12 | Aaron M. Staser | Researched and revised attorneys' fee brief; analyzed supporting documentation in support of fees calculation; finalized calculation of fees to create supporting exhibits. | 5.80 | 1,856.00 |
| 05/03/12 | Jennifer L. Schuster | Work regarding motion for attorneys' fees and costs; drafted bill of costs for inclusion with motion for attorneys' fees; reviewed spreadsheet of bills for case for use in declarations in support of motion for fees; reviewed exhibits for motion. | 2.90 | 783.00 |
| 05/03/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 05/04/12 | Lynn C. Tyler | Continued working to finalize brief and affidavit to support recovery of attorneys' fees and considered strategy in connection with same. | 0.80 | 396.00 |
| 05/04/12 | Aaron M. Staser | Analyzed billing records in support of fees claim; revised brief in support of motion for attorneys' fees; considered documentation in support of bill of costs. | 3.40 | 1,088.00 |
| 05/07/12 | Donald E. Knebel | Considered the amount of attorneys' fees to be claimed in claim for attorneys' fees arising from defense of trade secret | 0.30 | 180.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | claim. | | |
| 05/07/12 | Lynn C. Tyler | Gave attention to status of motion to recover attorneys' fees, brief, declaration and exhibits; made final review and revisions to brief; gave attention to history of certain document production and discovery requests. | 1.80 | 891.00 |
| 05/07/12 | Aaron M. Staser | Conferred with litigation team regarding finalizing and filing motion for fees; conferred with Don Knebel regarding supporting declarations for fees; revised and finalized brief and supporting exhibits for filing. | 4.80 | 1,536.00 |
| 05/07/12 | Jennifer L. Schuster | Work regarding motion for attorneys' fees and associated filings; cite-checked and revised brief in support of motion; prepared exhibits for same; reviewed exhibit containing diary entries; redacted same where appropriate; revised, finalized, and filed motion for attorneys' fees, proposed order, and brief; finalized and filed appendix and exhibits in support of motion; revised and finalized declaration of Jennifer L. Schuster in support of attorneys' fees motion; finalized and filed bill of costs and supporting documentation. | 6.30 | 1,701.00 |
| 05/07/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 05/08/12 | Lynn C. Tyler | Received and reviewed Loparex's Bill of Costs; sent email regarding audit response. | 0.20 | 99.00 |
| 05/08/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 05/09/12 | Lynn C. Tyler | Concluded strategy regarding objection to Loparex's bill of costs and reviewed and revised same. | 0.40 | 198.00 |
| 05/09/12 | Jennifer L. Schuster | Reviewed Loparex's Bill of Costs; communicated with court staff regarding planned opposition to same; conducted research for response opposing same; drafted and filed response opposing | 1.20 | 324.00 |

LR - S/B LOPAREX

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | same. | | |
| 05/10/12 | Timothy J. Riffle | Reviewed and approved audit response letter. | 0.10 | 53.00 |
| 05/10/12 | Barbara Zazas | Prepared and finalized audit response letter. | 0.80 | 148.00 |
| 05/22/12 | Lynn C. Tyler | Exchanged emails with Loparex's counsel regarding request for extension and potential settlement conference; exchanged emails with Mr. Alois regarding same; contacted Courtroom Deputy regarding settlement conference. | 0.60 | 297.00 |
| 05/23/12 | Lynn C. Tyler | Had telephone conferences with Judge's Courtroom Deputy regarding settlement conference; sent emails to Messrs. Alois and Hart regarding same; received and reviewed emails from Mr. Alois regarding same. | 0.60 | 297.00 |
| 05/24/12 | Lynn C. Tyler | Had telephone conference with Courtroom Deputy regarding settlement conference; sent email to clients regarding same; reviewed rules on time to appeal and confirmed Loparex's failure to timely appeal; had telephone conference with Mr. Alois regarding settlement conference. | 0.80 | 396.00 |
| 05/25/12 | Lynn C. Tyler | Received and reviewed Loparex's objection to Bill of Costs. | 0.20 | 99.00 |
| 05/29/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 05/30/12 | Lynn C. Tyler | Sent email to team regarding recent decisions supporting award of attorneys' fees; received and reviewed email from Courtroom Deputy regarding proposed dates for settlement conference and gave attention to same. | 0.30 | 148.50 |
| 05/30/12 | Charlotte Stamas | Organized and updated Summation and FileSurf databases, including conversion of e-filings received from Court. | 0.00 | 0.00 |
| 05/31/12 | Lynn C. Tyler | Reviewed voice mail message and email from Loparex's local counsel regarding intention to withdraw and sent email to | 0.20 | 99.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | team regarding same. | | |
| 05/31/12 | Jennifer L. Schuster | Considered strategy for drafting reply brief in support of bill of costs. | 0.30 | 81.00 |

Fees for Services Total                                    $        30,821.00

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, Indiana 46204-3535 U.S.A.
E.I.N. 35-0900596
(317) 236-1313

Invoice     1499971

MPI RELEASE TECHNOLOGIES, LLC
ATTN:  EDWARD ALOIS
37 EAST STREET
WINCHESTER, MA  01890-1155

June 29, 2012
Peter A. Morse
00050969-000001

PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 30,821.00 |
| Other Charges | $ | 76.66 |
| **TOTAL THIS INVOICE** | **$** | **30,897.66** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com  Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706  SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH        ABA #042000314 for Wires