UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOPAREX, LLC,<br>　　*Plaintiff*, | )<br>)<br>) |
| *vs*. | )　　1:09-cv-01411-JMS-TAB<br>) |
| MPI RELEASE, LLC, *et al.*,<br>　　*Defendants*. | )<br>)<br>) |

## JUDGMENT OF COSTS AND FEES

Fees and costs are taxed in favor of the Defendants and against the Plaintiff in the amount of $475,332.70. Attorney Charles Pautsch is jointly and severally liable for those fees and costs and is additionally taxed fees in the amount of $41,823.50, for a total liability to him of $517,156.20, pursuant to 28 U.S.C. § 1927.

08/22/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via U.S. Mail:**

Arnstein & Lehr LLP
309 North Water Street
Suite 210
Milwaukee, WI 53202

**Distribution via ECF to all registered counsel**